1

Plaintiff: Mohammad Atif Akhtar

Case Number:

Motion for getting a Court Appointed Attorney

I, Mohammad Atif Akhtar, would like to file a motion to have the Federal Judge appoint myself an attorney. I do not have the financial means to hire an attorney for this case as I'm the plaintiff. My financial means are stated in the AO 239 long form.

I have a letter from the Federal Equal Employment Office for a Notice of Right to Sue (Attached to the Civil Suit) and in the letter, it states that I have a right to an attorney as a plaintiff. I recently filed for Chapter 7 Bankruptcy with the Department of Justice and do not have the means to hire a private attorney.

I would like the court to appoint an attorney as I'm already seeing a doctor and don't want to make my condition worse.